United States District Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AARON BERNARD POOLE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-1724 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order, this action is **DISMISSED WITHOUT PREJUDICE AS MOOT**. No Certificate of Appealability is issued.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this **5th** day of June, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT